UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KENDALL GARRETT MOSING and ZLOOP LA, LLC | CIVIL ACTION NO. 14-CV-2608 |
| VERSUS | JUDGE HAIK |
| ROBERT BOSTON, ROBERT LABARGE, ZLOOP, LLC, and/or ZLOOP, INC. | MAGISTRATE JUDGE HANNA |

## TRANSFER ORDER

In accordance with the Court's Memorandum Ruling of June 25, 2015,

**IT IS HEREBY ORDERED** that, pursuant to provisions of 28 U.S.C. §1404(A) and after all appropriate appeal delays have run, this matter is **TRANSFERRED** to the United States District Court for the Western District of North Carolina for all further proceedings.

Signed at Lafayette, Louisiana this 25th day of June, 2015.

_____
Patrick J. Hanna
United States Magistrate Judge