UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KENDALL GARRETT MOSING, ET AL. | CIVIL ACTION NO. 6:14-cv-02608 |
| VERSUS | JUDGE HICKS |
| ROBERT BOSTON, ET AL. | MAGISTRATE JUDGE HANNA |

## **ORDER**

Considering the issues discussed during the telephone status conference of April 25, 2019,

IT IS ORDERED that the Clerk of Court shall administratively terminate this action in his records without prejudice to the right of the parties to reopen the proceedings at any time be filing a motion requesting that the case be reopened. In any case, such a motion shall be filed not later than thirty days after the conclusion of the related cases bearing Civil Action Nos. 6:18-cv-00031 and 6:18-cv-00032.

IT IS FURTHER ORDERED that the Clerk of Court shall update his records with the following information and provide notice of this order to Justin Boston, Robert Boston, and Robert LaBarge at these new addresses as well as at any addresses already on record:

Justin Boston:  justinboston@rocketmail.com.

Robert Boston
BOP inmate #: 33525-058
FCI Beckley
1600 Industrial Park Rd.
Beaver, WV 25813

Robert LaBarge
BOP inmate #: 33524-058
FPC Montgomery
Maxwell AFB
4445 Selma Hwy
Montgomery, AL 36112

Signed at Lafayette, Louisiana, this 25th day of April 2019.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE